11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Tony Ray Jones,                                    * Original Proceeding

No. 11-13-00079-CR                                      * March 7, 2013

                                                        * Per Curiam Memorandum Opinion
                                                          (Panel consists of: Wright, C.J.,
                                                          McCall, J., and Willson, J.)


    This court has considered Relator's pro se petition for relief and concludes that the petition should be dismissed for want of jurisdiction.   Therefore, the petition is dismissed.